AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Preben V. Jensen;<br>Mary J. Jensen<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Judy Rollinger;<br>Rick Knight;<br><br>United States Coast Guard<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 5:13-cv-01095-DAE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Judy Rollinger
17710 Mantana Drive
Spring, Texas 77388

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wade B. Shelton
Shelton & Valadez, PC
600 Navarro, ste. 500
San Antonio, TX 78205-1860
wshelton@shelton-valadez.com
Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  WILLIAM G. PUTNICKI

Date: APR 2 9 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas ▾

|  |  |  |
|---|---|---|
| Preben V. Jensen;<br>Mary J. Jensen | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 5:13-cv-01095-DAE |
| Judy Rollinger;<br>Rick Knight; | ) ) ) ) | |
| United States Coast Guard | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Rick Knight
17710 Mantana Drive
Spring, Texas 77388

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Wade B. Shelton
Shelton & Valadez, PC
600 Navarro, ste. 500
San Antonio, TX 78205-1860
wshelton@shelton-valadez.com
Attorneys for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT WILLIAM G. PUTNICKI

Date: APR 2 9 2014

*Signature of Clerk or Deputy Clerk*