UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Preben V. Jensen, et al., | § § | |
| Plaintiffs, | § | NO: SA:13-CV-01095-DAE |
| vs. | § § | |
| Judy Rollinger, et al., | § § | |
| Defendants. | § § | |

## ORDER SETTING MOTION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for Defendant's Motion to Dismiss (Dkt no. 30) before United States District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Tuesday, June 24, 2014 at 10:45 AM**.

IT IS SO ORDERED.

DATED: San Antonio, Texas June 05, 2014.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE